```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04298
   MARLO STONE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3105


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/18/2006 and was confirmed 09/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 05/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED           986.15           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1390.26           .00           .00
PAYDAY LOAN CORP           UNSECURED          1590.58           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           269.75           .00           .00
HSBC AUTO FINANCE          UNSECURED        NOT FILED           .00           .00
HSBC AUTO FINANCE          SECURED            2656.24        278.05        472.05
AMERICAN COLLECTION        UNSECURED        NOT FILED           .00           .00
ARMOR SYSTEMS CORP         UNSECURED        NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           870.73           .00           .00
CDA PONTIAC                UNSECURED        NOT FILED           .00           .00
CBCS                       UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00           .00
CREDIT PROTECTION          UNSECURED        NOT FILED           .00           .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED           .00           .00
ENCORE RECEIVABLE MANAGE   UNSECURED        NOT FILED           .00           .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED           .00           .00
R & R COUNTRY MOTORS INC   UNSECURED        NOT FILED           .00           .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED           .00           .00
WEXLER & WEXLER            UNSECURED        NOT FILED           .00           .00
TRI-CAP INVESTMENT PARTN   FILED LATE             .00           .00           .00
CITY OF CHICAGO PARKING    PRIORITY          5190.00            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,324.00                     1,823.26
TOM VAUGHN                 TRUSTEE                                         167.68
DEBTOR REFUND              REFUND                                           51.23

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,792.27

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 04298 MARLO STONE
```

```
SECURED                                                        472.05
    INTEREST                                                   278.05
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,823.26
TRUSTEE COMPENSATION                                           167.68
DEBTOR REFUND                                                   51.23
                                       ---------------   ---------------
TOTALS                                       2,792.27         2,792.27
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 08/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                        PAGE   2
            CASE NO. 06 B 04298 MARLO STONE